FILED

2018 JUL 11 PM 4: 11

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Ronald M. Clayton
Plaintiff

vs.

Case Number: 5:18-cv-353-oc-30PRL

Dept. of Navy
Defendant

Complaint
(Title of Document)

$400 Receipt # 9400 OCA

(1) The Dept of Navy Have Not paid me for Appoi 6 days of Leave due since 17 Aug 1965, upon Leaving The Marine Corp.

(2) The Dept of Navy Did Not Mantain my personnel Record at all Level to document my Time spent in ~~Vetnia~~ The Republic of Vietnam.

(3) ~~The~~ Dept of Navy denied my illegbility To Recieve medical benifit For Mental Heath problems

Ronald M Clayton
Name

14029 SE, 160TH Place
Street Address

Weirsdale, FL. 32195
City, State, Zip Code

732-300-4136
Telephone Number